# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF VICE-CHAIR  : No. 658

:

OF THE JUVENILE COURT  : SUPREME COURT RULES DOCKET

:

PROCEDURAL RULES COMMITTEE  :

# O R D E R

**PER CURIAM:**

AND NOW, this 21st day of January, 2015, Kerith Strano Taylor, Esquire is hereby designated as Vice-Chair of the Juvenile Court Procedural Rules Committee commencing February 1, 2015.